UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00423-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SOCORRO ORTIZ-ESPINO a/k/a Socorro Espino-Ortiz a/k/a Socorro Ortiz,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition was received in the above captioned matter. Accordingly, a Change of Plea Hearing is **SET** for **Wednesday, October 27, 2010, at 2:00 p.m.** in Courtroom A-1002.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: September 28, 2010