UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00423-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. SOCORRO ORTIZ-ESPINO a/k/a Socorro Espino-Ortiz a/k/a Socorro Ortiz,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    On the request of the parties, the Change of Plea Hearing set for **Wednesday, October 27, 2010, at 2:00 p.m.** in Courtroom A-1002 is **VACATED** and **RESET** for **Monday, November 15, 2010, at 2:30 p.m**.

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than <u>72 HOURS</u> before the hearing date.**  If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy.

    Dated: October 4, 2010